UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAGDA GEREIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRANT & WEBER,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 10-6257-AGR<br><br><br>ORDER TO SHOW CAUSE |

　　　　For the reasons discussed below, the Court orders Plaintiff to show cause, on or before **January 24, 2011**, why the Court should not recommend dismissal without prejudice based on failure to serve.

　　　　Fed. R. Civ. P. 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

　　　　On August 23, 2010, Plaintiff filed a complaint. The 120-day period for

1  service expired on December 21, 2010.  Plaintiff has not filed a proof of service
2  indicating that she served the defendant.  Plaintiff has not requested an extension
3  of time to serve the defendant, showing good cause for her failure to serve.
4      Absent good cause, a court has discretion to dismiss the action without
5  prejudice or extend the time for service.  *Oyama v. Sheehan (In re Sheehan)*, 253
6  F.3d 507, 512 (9th Cir. 2001).
7      IT IS THEREFORE ORDERED that, on or before **January 24, 2011**,
8  Plaintiff shall show cause why the Court should not dismiss the action for failure
9  to serve.

12  DATED:  January 3, 2011

                      ALICIA G. ROSENBERG
                      United States Magistrate Judge