JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Magda Gereis,                              ) Case No. CV 10-06257-ODW(SHx)
                          Plaintiff,       ) **ORDER OF DISMISSAL**
          v.                               )
                                           )
                                           )
                                           )
Grant & Weber et al.,                      )
                          Defendants.      )
_____ )

     THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice for lack of prosecution.

     The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

                                        OTIS D. WRIGHT, II
                                     United States District Judge