1
2
3
4
5
6
7

JS - 6

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  Magda Gereis,                          )    Case No. CV 10-06257-ODW(SHx)
                                           )
12                    Plaintiff,           )    **ORDER OF DISMISSAL**
                                           )
13        v.                               )
                                           )
14                                         )
                                           )
15                                         )
                                           )
16  Grant & Weber et al.,                  )
                                           )
17                    Defendants.          )
    _____       )
18

19        THE COURT ORDERS that this action be, and hereby is, dismissed without

20  prejudice for lack of prosecution.

21        The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

22

23

24  Dated: May 23, 2012

25                                              OTIS D. WRIGHT, II
                                                United States District Judge
26

27

28